IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| RICHARD GARNER et al | : | CIVIL ACTION |
| v. | : |  |
| NCO FINANCIAL SYSTEMS, INC. | : | No. 12-291 |
|  | : |  |
|  | : |  |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Friday, August 31, 2012.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A. BYRNE FEDERAL COURTHOUSE, 601 MARKET STREET, PHILADELPHIA PA 19106. REPORT TO ROOM 2609 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz<br>Clerk of Court

\*\*Continued From 08/01/2012 No Further
Continuances May Be Arranged Without Court  Approval\*\*

By: */s/ Michael G Mani*
Michael G Mani
Deputy Clerk
Phone: (267) 299-7071

Date: July 30, 2012

Copies:   Chuck Ervin, Courtroom Deputy to Judge Thomas N. O'Neill, Jr.
Docket Clerk - Case File

   Counsel:   Craig Thor Kimmel, Esq.
Ross S. Enders, Esq.